

FILED

05/05/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0075

Anthony Weimer
P.O. Box 10801
Kalispell, MT 59904
(406)309-0321
unitedstatescode@gmail.com

## IN THE SUPREME COURT OF THE STATE OF MONTANA

STATE OF MONTANA

    PLAINTIFF-APPELLEE,

vs.

ANTHONY WEIMER
    DEFENDANT-APPELLANT.

No. DA 21-0075

ORDER

FILED

MAY 0 5 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Having considered the Appellants Motion for extension of time to file an opening brief and any Response and Reply filed, and good cause being found, the Court HEREBY ORDERS: The motion granted and the time for appellant to file an open brief be extended thirty (30) days from May 13th, 2021 until **June 12th, 2021.**

Dated this _5_ day of _May_, 20_21_.

_____
Clerk of the Montana Supreme Court

1